IN THE STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| v. ) | CIVIL ACTION NO. 05-72913 |
| ) | |
| CITY OF PONTIAC, MICHIGAN, ) | HON. GEORGE CARAM STEEH |
| ) | |
| DEFENDANT, ) | |
| ) | |
| AND ) | |
| ) | |
| LOCAL #376 FIRE FIGHTERS UNION, ) | |
| INTERNATIONAL ASSOCIATION ) | |
| OF FIRE FIGHTERS, ) | |
| ) | |
| FRCP 19(A) DEFENDANT. ) | |

## ORDER

IT IS HEREBY ORDERED this 20th day of July, 2006 that,

The Consent Decree agreed to and executed by plaintiff United States, defendant City of Pontiac and Rule 19(a) defendant Local #376 Fire Fighters Union, International Association of Fire Fighters is provisionally approved and entered by this Court. Pursuant to the Consent Decree, a Fairness Hearing will be held on **SEPTEMBER 28, 2006 at 2:00 PM** in Courtroom 236, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

                                                  <u>s/George Caram Steeh</u>
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE